**APPLICANT**  **CHARLES F. SATTERFIELD**  **APPLICATION NO. WR-80,370-02**

## APPLICATION FOR 11.07 WRIT OF HABEAS CORPUS

**ACTION TAKEN**

**DENIED WITHOUT WRITTEN ORDER ON FINDINGS OF TRIAL COURT WITHOUT HEARING.**

_Elsa Alcala_                                _April 1, 2015_

**JUDGE**                                          **DATE**